# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

| | |
|---|---|
| **IRA GRANT WEAVER,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **BENTON COUNTY, TENNESSEE,** | **CASE NO: 22-1057-STA-jay** |
| Defendant. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **STIPULATION of Dismissal** entered on January 31, 2024, this cause is hereby DISMISSED with prejudice.

APPROVED:

s/ S. Thomas Anderson
**JUDGE UNITED STATES DISTRICT COURT**

**DATE: 1/31/2024**

Wendy R. Oliver
**Clerk of Court**

s/Maurice B. BRYSON

**(By)  Deputy Clerk**